1
2
3
4    FILED
     CLERK, U.S. DISTRICT COURT
5    MAY 21 2008
     CENTRAL DISTRICT OF CALIFORNIA
6    BY          DEPUTY

Priority ✓
Send ✓
7
8                 UNITED STATES DISTRICT COURT          Enter ✓
                                                        Closed
9                CENTRAL DISTRICT OF CALIFORNIA         JS-5/JS-6
                                                        JS-2/JS-3
10                                                      Scan Only

11   ROBERT LEWIS SIMRIL,              ) NO. CV 07-01090 RGK (SS)
                                       )
12             Plaintiff,              ) **ORDER ADOPTING FINDINGS,**
                                       )
13        v.                           ) **CONCLUSIONS, AND RECOMMENDATIONS OF**
                                       )
14   LEROY BACA, Los Angeles County    ) **UNITED STATES MAGISTRATE JUDGE**
     Sheriff; ONE UNKNOWN NAMED        )
15   DEFENDANT,                        )
                                       )
16             Defendants.             )
                                       )
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,
19   all the records and files herein and the Report and Recommendation of
20   the United States Magistrate Judge.  The time for filing Objections to
21   the Report and Recommendation has passed and no Objections have been
22   received.   Accordingly, the Court accepts and adopts the findings,
23   conclusions and recommendations of the Magistrate Judge.

24

25        **IT IS ORDERED** that Judgment shall be entered dismissing this action
26   with prejudice.

27   \\
28   \\

1 | **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 | the Judgment herein on Plaintiff and counsel for Defendants.

4 | **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 | DATED: MAY 21 2008

```
                              _____
                              R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE
```