FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SIMRIL, | NO. CV 07-01090 RGK (SS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LEROY BACA, Los Angeles County Sheriff; ONE UNKNOWN NAMED DEFENDANT, | |
| Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: MAY 21 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE